UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING MWASI,<br><br>  Plaintiff,<br><br>  v.<br><br>L. SULLENGER, et al.,<br><br>  Defendants. | Case No. 22-cv-07489-JD<br><br>**ORDER RE DISMISSAL**<br><br>Re: Dkt. No. 6 |

Plaintiff, a state prisoner, filed a pro se civil rights action in state court. Defendants removed the case to federal court and requested the complaint be screened. Court records indicate that plaintiff already litigated a case in this Court with nearly identical claims. *See Mwasi v. Sullenger*, Case No. 20-cv-2789 EJD. Plaintiff's action in *Mwasi v. Sullenger*, Case No. 20-cv-2789 EJD, was dismissed with prejudice as untimely. *Id.*, Dkt. No. 27. This case is dismissed as duplicative. *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007).

Defendants' motion to screen the case (Dkt. No. 6) is **GRANTED** and this case is **DISMISSED** as duplicative. The Clerk is requested to close this case.

**IT IS SO ORDERED.**

Dated: January 31, 2023

_____
JAMES DONATO
United States District Judge